Received: 7/10/02 3:56PM; 6123402868 -> LAW OFFICES; Page 3
07/10/02 WED 16:41 FAX 6123402868 DORSEY & WHITNEY ☑003

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peter R. Patnaude,

Plaintiff,

v.

Qwest Communications Corp.,

Defendant.

Civil File No.01-1847 (JEL/RLE)

**JOINT STIPULATION AND ORDER**

---

The parties have diligently pursued discovery in the above matter. However, due to uncontrollable scheduling difficulties with witnesses, an amendment to the Pretrial Order dated January 25, 2002 is necessary. Therefore, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to and request a modification of the Pretrial Order in this case and agree as follows:

1. The deadline required by the Pretrial Order dated January 25, 2002, for discovery cannot be met. As such, the parties agree that the discovery deadline shall be August 15, 2002.

2. The deadline required by the Pretrial Order dated January 25, 2002, for the filing and hearing of non-dispositive motions shall be September 15, 2002.

3. In all other respects, the Pretrial Order in this case dated January 25, 2002 shall remain in effect.

(8) (9)

FILED JUL 1_ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: July 11, 2002

JUDITH K. SCHERMER PLLC

By ______________________
Judith Schermer #0280227
950 Lumber Exchange Building
10 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 843-5400

Attorney for Plaintiff Peter R. Patnaude

Dated: July 12, 2002

DORSEY & WHITNEY LLP

By ______________________
Stephen P. Lucke #0154210
Judith Williams-Killackey #0280227
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Qwest Communications Corp.

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: July 15, 2002

BY THE COURT

______________________
Magistrate Judge Raymond L. Erickson
United States Magistrate Judge