UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peter R. Patnaude,

Plaintiff,

v.

Qwest Communications Corp.,

Defendant.

Civil File No.01-1847 (JEL/RLE)

**JOINT STIPULATION AND ORDER REGARDING DEMAND FOR JURY TRIAL**

---

**Whereas**, the Complaint in this matter contains a sole count pursuant to § 510 of the Employee Retirement Income Security Act ("ERISA");

**Whereas**, the Complaint in this matter contains a demand for a jury trial;

**Whereas**, ERISA does not entitle a plaintiff to a jury trial for claims brought pursuant to it;

**Whereas**, the Court's Pretrial Order indicates that this matter has been placed upon its jury calendar.

**NOW, THEREFORE**, the parties, through their undersigned counsel, stipulate and agree as follows:

1. The Jury Demand in Plaintiff's Complaint shall be stricken; and

(10)

FILED AUG 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. This matter shall be adjudicated by the Court, and not a jury.

Dated: August 26, 2002

JUDITH K. SCHERMER PLLC

By ______________________
Judith Schermer #0280227
950 Lumber Exchange Building
10 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 843-5400

Attorney for Plaintiff Peter R. Patnaude

Dated: August 21, 2002

DORSEY & WHITNEY LLP

By ______________________
Stephen P. Lucke #0154210
Judith Williams-Killackey #0280227
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Qwest Communications Corp.

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: AUG 27 2002, 2002

BY THE COURT

______________________
Magistrate Judge Raymond L. Erickson
United States Magistrate Judge