**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

01-1847
~~02cv120~~ (JEL/RLE)

PETER R. PATNAUDE,

Plaintiffs,

v.

**DISQUALIFICATION ORDER**

QWEST COMMUNICATIONS CORPORATION,

Defendant.

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 30, 2002, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

DATED: September 13, 2002.

JOAN E. LANCASTER, Judge
United States District Court

FILED SEP 1 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Peter R. Patnaude

vs 01-1847JRT/RLE

Qwest Communications Corp.

Pursuant to an Order of Disqualification by Judge Joan E. Lancaster, the above-entitled matter has been re-assigned to Judge John R. Tunheim. Please note the change in the judge initials above and refer to them when submitting materials to the court. Please also note the Magistrate Judge initials remain the same.