UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peter R. Patnaude,

Plaintiff,

v.

Qwest Communications Corp.,

Defendant.

Civil File No.01-1847 (JRT/RLE)

**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

**Whereas**, Defendant Qwest served its motion for summary judgment on October 18, 2002, in order for filing of this dispositive motion to occur by the time limits delineated in the Court's Scheduling Order;

**Whereas**, Plaintiff's response to that motion was due on Friday, November 8, 2002;

**Whereas**, Plaintiff has not yet responded to Defendant's motion for summary judgment for various reasons, including unexpected medical issues involving Plaintiff's counsel; and

**Whereas**, Defendant is willing to agree to an extension of time for Plaintiff to respond to its motion, subject to this Court's approval.

**NOW, THEREFORE**, the parties, through their undersigned counsel, stipulate and agree as follows:

FILED NOV 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Plaintiff will serve his memorandum of law responding to Defendant's motion for summary judgment by Tuesday, November 26, 2002; and

2. Defendant shall serve its reply memorandum of law and file all briefing regarding its motion for summary judgment by Tuesday, December 10, 2002.

Dated: November 12, 2002

JUDITH K. SCHERMER PLLC

By [signature]
Judith Schermer #0280227
950 Lumber Exchange Building
10 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 843-5400

Attorney for Plaintiff Peter R. Patnaude

Dated: November 12, 2002

DORSEY & WHITNEY LLP

By [signature: Judith Williams-Killackey]
Stephen P. Lucke #0154210
Judith Williams-Killackey #0280227
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Qwest Communications Corp.

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: 11-13-02, 2002

BY THE COURT

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson
United States Magistrate Judge