UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peter R. Patnaude,

Plaintiff,

Civil File No.01-1847 (JRT/RLE)

v.

Qwest Communications Corp.,

Defendant.

**JOINT STIPULATION AND ORDER TO CHANGE CAPTION**

---

Qwest Corporation has been improperly identified as Qwest Communications Corporation in the above litigation. The parties stipulate and respectfully request that the caption in the above litigation be changed so that the Defendant is identified as Qwest Corporation in all future pleadings and orders.

Dated: ~~February~~ March 11, 2003

JUDITH K. SCHERMER PLLC

By ______________________
Judith Schermer
950 Lumber Exchange Building
10 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 843-5400

Attorney for Plaintiff Peter R. Patnaude

Dated: February 1, 2003

DORSEY & WHITNEY LLP

By ______________________
Stephen P. Lucke #0154210
Judith Williams-Killackey #0280227
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Qwest Corporation

MAR 17 2003

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: February 3/17, 2003

BY THE COURT

Magistrate Judge Raymond L. Erickson
United States Magistrate Judge