Richard D. Sletten, Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** October 24, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Denise La Fond, Deputy Clerk

**In Re:** District Court Case No.: 02-1847JRT/RLE
Eighth Circuit Case No.: N/A
Case Title: Patnaude vs. Qwest Communications

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☐ Other:
  - ☒ The statutory filing fee has been paid, receipt # 429143.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet.
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ____________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☐ Yes, receipt # ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☐ No

Are there any other pending post-judgement motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☐ Yes ☐ No

If yes, please identify the court reporter:

Name: Karen Grufman
Address: 10605 Olivebranch Avenue
Las Vegas, NV 89144-1448
Phone: 702.255.8887

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☒ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

______________________________
, Deputy Clerk

# NOTICE OF APPEAL TO A COURT OF APPEALS

United States District Court for the
District of Minnesota

File Number: 01-1847 (JRT/RLE)

| | | |
|---|---|---|
| Peter R. Patnaude, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Notice of Appeal |
| v. | ) | |
| | ) | |
| Qwest Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Peter R. Patnaude, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on September 2, 2003 granting Defendant's Motion for Summary Judgment.

Judith K. Schermer #183052
Judith K. Schermer PLLC
10 South Fifth Street, Suite 700
Minneapolis, MN 55402
Phone: (612) 332-1203
Fax: (612) 305-4318

Attorney for Peter R. Patnaude

FILED 10-02-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK