# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3671

| | | |
|---|---|---|
| Peter R. Patnaude, | * | |
| Appellant, | * | |
| | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Qwest Corporation, | * | |
| Appellee. | * | 01-1847 JRT/RLE |

**JUDGMENT**

The stipulation of the parties for dismissal of this appeal is approved. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5361-010199)

February 19, 2004

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FEB 26 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

32